**STATE of Missouri, Respondent,**

v.

**Telle A. BENTON, Appellant.**

**Nos. WD 51308, WD 53207.**

Missouri Court of Appeals,
Western District.

April 15, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Milton M. Frazier, Attorney General's Office, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Telle Benton appeals the judgment of convictions of second degree murder and armed criminal action and the denial of his Rule 29.15 motion for post-conviction relief. We affirm the judgment and denial of his motion. Rules 30.25(b) and 84.16(b).